EDWARD DOYLE V. THOMAS W. MIZNER.　　.

*Time—Return of writ of error.*

A writ of error may be made returnable in "not less than twenty days." Sup. Court Rule 10. *Held*, that the time runs from and excludes the date of issue and includes the return day, and that a writ issued August 30 was properly made returnable September 19.

MOTION to dismiss writ of error. Submitted Oct. 7. Denied Oct. 8.

*Ed. E. Kane* for the motion.

*Geo. W. Moore* against.

————◆————

PEOPLE EX REL. GREENWOOD SCHOOL DISTRICT V. ST. CLAIR CIRCUIT JUDGE.

*Service of notice of trial.*

Service of notice of trial by mail is sufficient if made on an attorney or on a party who appears in person in an appeal case at the circuit.

Parties stand on the same footing under the rules for serving notice of trial, as attorneys, if they employ no attorneys.

MANDAMUS to vacate an order striking a case from the docket for want of due notice. Submitted Oct. 7. Granted Oct. 8.